IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

ZACHARIAH BARLOW,

    Plaintiff,

vs.                                              5:06-CV-060-SPM

JAMES McDONOUGH,

    Defendant.

_____/

**ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION
AND DISMISSING CASE**

**THIS CAUSE** comes before the Court upon the magistrate judge's report and recommendation (doc. 22) filed September 20, 2006. The parties have been furnished a copy and have been afforded an opportunity to file objections. To date, no objections have been received.

Pursuant to Title 28, United States Code, Section 636(b)(1), I have determined that the report and recommendation should be adopted.

Accordingly, it is

**ORDERED AND ADJUDGED** as follows:

1.    The magistrate judge's report and recommendation (doc. 22) is adopted and incorporated by reference in this order.

2. Respondent's motion to dismiss (doc. 9) is hereby *granted*.

3. The petition for writ of habeas corpus (doc. 1) is *dismissed with prejudice*.

4. The clerk is directed to close the file.

**DONE AND ORDERED** this twenty-third day of October, 2006.

    *s/ Stephan P. Mickle*
Stephan P. Mickle
United States District Judge